UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-00162 |
| | ) | JUDGE CAMPBELL |
| ADARION C. MORRIS | ) | |

## ORDER

Pending before the Court is the United States' Motion to Continue Hearing (Docket No. 46). The Motion is GRANTED in part and DENIED in part.

The requested date of July 29, 2013 is not available. However, the Court will continue the hearing on the Petition (Docket No. 31) to July 31, 2013, at 10:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE